### 8102.  LEXINGTON BREWING COMPANY v. SMITH.

BROYLES, P. J.  The controlling question in this case was whether the consideration of the notes sued on was the sale of intoxicating liquors, and the renting of a saloon and fixtures for the purpose of retailing such liquors, in the city of Chattanooga, Tennessee, in violation of the laws of that State.  There was an acute conflict in the evidence as to this question, and therefore the court erred in directing a verdict for the defendant.

*Judgment reversed.  Jenkins and Bloodworth, JJ., concur.*
DECIDED APRIL 5, 1917.

Complaint; from Dade superior court—Judge Fite.  March 22, 1916.

*Whitaker & Foust, Payne & Hale,* for plaintiff.

---

### 8110.  BISHOP v. CALHOUN NATIONAL BANK.

BROYLES, P. J.  1.  The instructions excepted to, although subject to some slight criticism when standing alone, do not require a new trial when considered in the light of the charge of the court as a whole, which was a full and fair presentation of the issues of the case and of the law applicable thereto.

2. The verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.  Jenkins and Bloodworth, JJ., concur.*
DECIDED APRIL 5, 1917.

Complaint; from Gordon superior court—Judge Fite.  August 31, 1916.

*F. A. Cantrell, Maddox, McCamy & Shumate,* for plaintiff in error.  *Starr & Paschall,* contra.